United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISIS ABIGAIL HERNANDEZ FRANCO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-6662 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has determined that this case is appropriate for intradivision transfer to the Honorable Nicholas J. Ganjei. Because Judge Ganjei previously presided over a related case, *Hernandez Franco v. Garcia*, Civil Action No. 4:26-1096, transfer serves both judicial efficiency and the interests of justice.

Therefore, the case is **TRANSFERRED** to the docket of Judge Nicholas J. Ganjei.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on November 18, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE